# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOAO MONTEIRO, | ) |
| | ) C.A. No. 1:21-cv-00046-MSM-LDA |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SUSAN CORMIER, TREVOR LEFEBVRE, DANIEL MULLEN, TINA GONCALVES, CITY OF PAWTUCKET, and TAMARA WONG, | ) ) ) ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendants. | ) |

## PARTIES' JOINT MOTION FOR ENTRY OF
## <u>STIPULATED PROTECTIVE ORDER</u>

Under Federal Rule of Civil Procedure 26(c), the parties jointly request that the Court enter the Stipulated and HIPAA qualified Protective Order, attached hereto as Exhibit A. Supporting this Motion, the parties state the following:

1. The Stipulated Protective Order is necessary to protect confidential and private information that will be disclosed in the course of discovery in this action.

2. Under Fed. R. Civ. P. 26(c), the parties ask that the Court enter the attached Stipulated Protective Order to govern the exchange and use of such information, subject to resolving the disputes between Plaintiff and Defendants as described in paragraph 3.

3. The parties agree to the contents of the protective order.

WHEREFORE, the parties respectfully request that the Court enter the Stipulated Protective Order, attached hereto as Exhibit A.

Dated: September 27, 2021

RESPECTFULLY SUBMITTED,

*Attorneys for Plaintiff, Joao Monteiro*

/s/ Mark Loevy-Reyes
Megan Pierce*
Mark Loevy-Reyes*
 LOEVY & LOEVY
311 N. Aberdeen St., Third Floor
Chicago, IL 60607
(312) 243-5900
(312) 243-5902 (fax)
mark@loevy.com
*Admitted *pro hac vice*

*/s/* William Devine
William Devine (R.I. Bar No. 3897)
D'AMICO BURCHFIELD, LLP
536 Atwells Avenue
Providence, RI 02909
(401) 490-4803
WVD@dblawri.com


*Attorney for Defendants*,
*Susan Cormier, Trevor Lefebvre, Daniel Mullen, Tina Goncalves and City of Pawtucket,*

*/s/ Caroline V. Murphy*
Caroline V. Murphy, Esq. (R.I.# 9735)
DeSisto Law LLC
60 Ship Street
Providence, RI 02903
(401) 272-4442
caroline@desistolaw.com


*Attorney for Defendant Tamara Wong,*
PETER F. NEHRONA
ATTORNEY GENERAL

*/s/ Beth Landes*
Beth Landes (*pro hac vice*)
Special Assistant Attorney General
blandes@riag.ri.gov | Ext. 2296
Michael Field (Bar No. 5809)
Assistant Attorney General
mfield@riag.ri.gov | Ext. 2380
Rhode Island Office of the Attorney General
150 South Main St. Providence, RI 02903
Tel: (401) 274-4400
Fax: (401) 222-2995

# CERTIFICATE OF SERVICE

I, Mark Loevy-Reyes, an attorney, hereby certify that on September 27, 2021, I filed the foregoing PARTIES' JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Mark Loevy-Reyes
*One of Plaintiff's Attorneys*