# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOAO MONTEIRO, | ) |
| | ) C.A. No. 1:21-cv-00046-MSM-LDA |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SUSAN CORMIER, TREVOR LEFEBVRE, DANIEL MULLEN, TINA GONCALVES, CITY OF PAWTUCKET, and TAMARA WONG, | ) ) ) ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendants. | ) |

## ORDER DIRECTING THE PRODUCTION OF DOCUMENTS BY THE RHODE ISLAND DEPARTMENT OF HEALTH

This matter is heard is before the Court on Non-Party Rhode Island Department of Health Motion to Quash Subpoena. This Court has reviewed the pleadings related to the motion.

It is ORDERED that the Rhode Island Department of Health shall produce all documents responsive to Plaintiff's November 2021-subpoena to Plaintiff, including those that are covered by the Rhode Island Confidentiality of Health Care Communications and Information Act.

2/11/2022
DATE

Mary S. McElroy
U.S. DISTRICT JUDGE