## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOAO MONTEIRO, | ) | |
| | ) | C.A. No. 1:21-cv-00046-MSM-LDA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SUSAN CORMIER, TREVOR | ) | |
| LEFEBVRE, DANIEL MULLEN, TINA | ) | |
| GONCALVES, CITY OF PAWTUCKET, | ) | |
| and TAMARA WONG, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| A | Susan Cormier Deposition (September 29, 2021) |
| B | Susan Cormier Deposition (Vol. II) (October 12, 2021) |
| C | Susan Cormier Deposition (June 21, 2022) |
| D | Tamara Wong Deposition (November 4, 2021) |
| E | Trevor Lefebvre Deposition (September 28, 2021) |
| F | Tina Goncalves Deposition (October 13, 2021) |
| G | Daniel Mullen Deposition (October 12, 2021) |
| H | Jillian Dubois Deposition (December 22, 2021) |
| I | Timothy Healy Deposition (December 22, 2021) |
| J | J. Patrick O'Neill Deposition (September 22, 2022) |
| K | Carrie Hormanski (Pawtucket 30(b)(6)) Deposition (April 12, 2022) |
| L | Christopher Lefort (Pawtucket 30(b)(6)) Deposition (June 22, 2022) |
| M | Meghan Clement Declaration and Report |
| N | Pawtucket PD Police Report (2129-2130) |
| O | 1990 Census Report |
| P | Joao Monteiro Interrogation Video |
| Q | Sue Peters Declaration and Report |
| R | News Report (Monteiro 12-16, 1868-1870) |
| S | Stephen Dambruch Deposition (October 18, 2021) |
| T | Haynes Report (January 9, 1988) |
| U | Teft Report (January 7, 1988) |
| V | Haberle Report (January 10, 1988) |
| W | Autopsy Report |
| X | Crime Lab Documents |
| Y | Rhode Island Forensic Science Laboratory Chain of Custody Report |

| Exhibit | Description |
|---------|-------------|
| Z | Joao Semedo Lead |
| AA | Search Warrant and Affidavit |
| BB | Cold Case Call between Wong and Cormier |
| CC | RIDOH Supplemental Report (March 19, 2019) |
| DD | Wong and Cormier Text Messages |
| EE | Wong Reports (March 19, 2019, July 17, 2019) |
| FF | Wong and Cormier Text Messages |
| GG | Healy and Cormier Text Messages |
| HH | Arrest Warrant and Affidavit |
| II | Haberle and Ryan Report (January 15, 1988) |
| JJ | Pawtucket PD - Joao Monteiro Background Investigation |
| KK | Rita Correia Interview |
| LL | Pedro Investigation Map |
| MM | Edited Arrest Warrant Affidavit with Photos |
| NN | Address Investigation Emails |
| OO | Report of Death of Joao Monteiro's Wife |
| PP | Cormier Notes regarding Pedro |
| QQ | RIDOH Report re Pedro Ortiz Blood (March 6, 2001) |
| RR | RIDOH Supplemental Report II (July 17, 2019) |
| SS | Cormier and O'Neill Text Messages |
| TT | Pawtucket PD Incident Report |
| UU | Cormier and Healy Emails |
| VV | Office of Attorney General Dismissal |
| WW | Pawtucket PD Letter of Reprimand |
| XX | Pawtucket PD Cormier Discipline |
| YY | Pawtucket PD Press Release |
| ZZ | Press Photo |
| AAA | Wong Cold Case Emails |
| BBB | Cormier Email |
| CCC | Rita Correia Declaration |
| DDD | General Evidence Examination Worksheet |
| EEE | Letter Carrier Email |
| FFF | Stewart and Vary Report (January 7, 1988) |
| GGG | Haberle and Haynes Report (January 13, 1988) |