THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOAO MONTEIRO,
    *Plaintiff,*

v.                                C.A. No. 1:21-cv-00046-MSM-LDA

SUSAN CORMIER, TREVOR
LEFEBVRE, DAMIEL MULLEN,
TINA GONCALVES, CITY OF
PAWTUCKET, and TAMARA WONG,
    *Defendants.*

## NOTICE OF APPEARANCE

Now comes Chelsea Baittinger, Special Assistant Attorney General, and enters her appearance for and on behalf of Tamara Wong, in her individual capacity, in this matter.

Respectfully submitted,

TAMARA WONG

By:
PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Chelsea Baittinger*
Chelsea Baittinger, Bar #9471
Special Assistant Attorney General
150 South Main Street
Providence, RI, 02903
401-274-4400 ext. 2058
cbaittinger@riag.ri.gov

## **CERTIFICATION**

      I, the undersigned, hereby certify that on the 25th day of June, 2024, I filed the within document via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF system to all counsel of record.

                                                                               */s/ Abigail Clark*