THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOAO MONTEIRO,
 *Plaintiff,*

v.                C.A. No. 1:21-cv-00046-MSM-LDA

SUSAN CORMIER, TREVOR
LEFEBVRE, DAMIEL MULLEN,
TINA GONCALVES, CITY OF
PAWTUCKET, and TAMARA WONG,
 *Defendants.*

## NOTICE OF APPEARANCE

 Now comes Madeline Becker, Special Assistant Attorney General, and enters her appearance for and on behalf of Tamara Wong, in her individual capacity, in this matter.

            Respectfully submitted,

            TAMARA WONG

            By:
            PETER F. NERONHA
            ATTORNEY GENERAL

            */s/ Madeline Becker*
            Madeline Becker, Bar #10034
            Special Assistant Attorney General
            150 South Main Street
            Providence, RI, 02903
            401-274-4400 ext. 2151
            mbecker@riag.ri.gov

## **CERTIFICATION**

      I, the undersigned, hereby certify that on the 25th day of June, 2024, I filed the within document via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF system to all counsel of record.

                                                                      */s/ Abigail Clark*