**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Joao Monteiro
Plaintiff,

v().                                         Case No.: 1:21−cv−00046−MSM−LDA

Susan Cormier, et al.
Defendant.

## NOTICE OF SETTLEMENT CONFERENCE

      The above matter has been referred to Chief Judge John J. McConnell, Jr. for a settlement conference. The conference will be held on November 26, 2024 at 11:00 AM in Historic Library 3rd Floor. The attorneys who will be lead counsel during the trial of the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case on any terms at the conference.

      Counsel shall submit *ex parte* confidential settlement statements to the Court to the following email address: RID_JJMSettlement_Statement@rid.uscourts.gov.

      It is so ordered.

November 25, 2024                            By the Court:

                                                  /s/ John J. McConnell, Jr.
                                                  United States Chief Judge