IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOAO MONTEIRO, | ) | |
| | ) | C.A. No. 1:21-cv-00046-MSM-LDA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SUSAN CORMIER, TREVOR LEFEBVRE, DANIEL MULLEN, TINA GONCALVES, CITY OF PAWTUCKET, and TAMARA WONG, | ) ) ) ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S AMENDED TRIAL EXHIBIT LIST

Plaintiff Joao Monteiro, by his undersigned attorneys, respectfully submits the following list of potential trial exhibits. Plaintiff reserves the right to introduce any exhibit identified by any Defendant. Plaintiff reserves all objections, including the right to seek redaction, with respect to all documents on this list.

| Ex. | Description | Bates Number | Marked for ID ONLY |
|---|---|---|---|
| 1 | Arrest Warrant and Affidavit | PD 839-845 | |
| 2 | Search Warrant and Affidavit | PD 986-990 | |
| 3 | Tamara Wong Emails | Monteiro 59-100 | |
| 4 | Cormier Email | PD 1803 | |
| 5 | Cormier Texts with Tamara Wong | PD 1001-1016 | |
| 6 | Tamara Wong texts with Cormier | TWong_0001-6 | |
| 7 | Cormier Healy Texts (REDACTED) | PD 2527-2553 | |
| 8 | Cormier Arrest Warrant Application Draft | PD 974-85 | |
| 9 | Cormier Texts with O'Neil | | |
| 10 | 1990 Census Report--RI and MA | | |
| 11 | 04/2019 RIDOH DNA Report | PD 991-999 | |
| 12 | Susan Cormier Deposition (all parts) | As Designated | |
| 13 | Evidence sheet RE Purple Pants | Monteiro 148 | |
| 14 | Cormier Notes RE Monteiro Family | PD 2804-08 | |
| 15 | Cormier Map | PD 2015 | |

| Ex. | Description | Bates Number | Marked for ID ONLY |
|---|---|---|---|
| 16 | Report of Notes RE Meeting with Anthony Soares | PD 1987-1991 | |
| 17 | Pedro Ortiz Blood Analysis | PD 1993-98 | |
| 18 | Cormier Healy Emails | PD 1892-93 | |
| 19 | Tina Goncalves Deposition | As Designated | |
| 20 | Mediterranean Map | | |
| 21 | 1/7/1988 Police Report RE Cole | PD 2138-40 | |
| 22 | 1/13/1988 Police Report RE Cole | PD 2165-66 | |
| 23 | 1/15/1988 Police Report RE Cole | PD 2171 | |
| 24 | Cormier Notes RE Former Saints Market Owner | PD 2966 | |
| 25 | Police Report RE Cole | PD 2129-30 | |
| 26 | 19/1988 Police Report RE Cole | PD 2145-47 | |
| 27 | 1/7/1988 Police Report RE Cole | PD 2133 | |
| 28 | 1/10/1988 Police Report RE Cole | PD 2153 | |
| 29 | Joao Monteiro Interrogation Video Interrogation Excerpts | As Designated | |
| 30 | Dealing Justice Podcast | | |
| 31 | News story about Plaintiff's Arrest and Release | Monteiro 12-16, 1868-70 | |
| 32 | Cormier 2011 Reprimand | PD 2699 | |
| 33 | Cormier 2010 Discipline | PD 2643-45 | |
| 34 | PPD Press Release | PD 1890 | |
| 35 | PPD Press Conference Photo | PD 1958 | |
| 36 | July 2019 Email from Wong to Cormier | RIDOH 1 | |
| 37 | Nolle Pros (REDACTED) | | |
| 38 | Trevor Lefebvre Deposition | As Designated | |
| 39 | Daniel Mullen Deposition | As Designated | |
| 40 | Memo RE Owner of Property in 1988 | PD 2813-2814 | |
| 41 | "Investigation" info and photos RE Plaintiff | PD 2820-2832 | |
| 42 | Cormier Notes RE Ruse | PD 2834 | |
| 43 | Note RE Joao B. Monteiro | PD 2841-2842 | |
| 44 | Cormier Notes RE Plaintiff addresses | PD 2865 | |
| 45 | Note that saw him parked at Cintas in February 2019--Redacted | PD 2911 | |
| 46 | Plaintiff's Daughter's Birth Certificate | PD 2922 | |
| 47 | Plaintiff Report of Car Theft | PD 3028-29 | |
| 48 | Plaintiff Report of Car Radio Theft | PD 3045-47 | |
| 49 | Plaintiff Report of Car Vandalism | PD 3058-59 | |

| Ex. | Description | Bates Number | Marked for ID ONLY |
|---|---|---|---|
| 50 | Emails with USPS 2/2019 RE Plaintiff Addresses | PD 1815-1816 | |
| 51 | PPD Report RE Plaintiff | PD 1831 | |
| 52 | FBI Report | RIDOH 20-22 | |
| 53 | 1/26/1998 FBI Report (REDACTED) | PD 1717 | |
| 54 | Cormier Letter to FBI (REDACTED) | PD 1731 | |
| 55 | City of Pawtucket Deposition | As Designated | |
| 56 | 10/10/2019 FBI Report | PD 947-948 | |
| 57 | Cormier Investigation/Police Report | PD 965-970 | |
| 58 | 30(b)(6) Notice | | |
| 59 | PPD Discipline Police | PD 73-89 | |
| 60 | PPD Police Report RE Graves | Monteiro 200-202 | |
| 61 | Interview Notes--Graves by PPD | | |
| 62 | PPD Investigation--Graves | PD 2299-2326, 2379, 2428-2429, 2520-2526 | |
| 63 | PPD Investigation--Graves 2008 | PD 963-964 | |
| 64 | GRAVES CARDS | PD 2317-2320 | |
| 65 | PPD Code of Conduct | PD 94-106 | |
| 66 | Defendant Pawtucket's Third Supplemental Response to Plaintiff's Requests for Production | FOR ID, UNLESS INTRODUCED | |
| 67 | Defendant Cormier's Response to Plaintiff's Second Set of Interrogatories | FOR ID, UNLESS INTRODUCED | |
| 68 | Goncalves Training | PD 1021-1024, 1035 | |
| 69 | Cormier Training | PD 1025-1028, 1034 | |
| 70 | Lefebvre Training | PD 1028-1030, 1036 | |
| 71 | PPD Code of Ethics | PD 17-20 | |
| 72 | PPD Job Descriptions | PD 107-119 | |
| 73 | RIDOH Chain of Custody Report | | |
| 74 | PPD Investigation General Order | PD 595-610 | |
| 75 | Jose Semedo Lead (not investigated) | PD 1924-1927 | |
| 76 | Oscar Waldron Slide--Cormier PowerPoint | PD 895 | |
| 77 | Cormier Notes about meeting with Soares | PD 2026 | |
| 78 | Cormier Notes Preparing about Meeting with Soares | PD 2032-2039 | |
| 79 | 1/11/88 Report RE Cole | PD 2167-2168 | |

| Ex. | Description | Bates Number | Marked for ID ONLY |
|---|---|---|---|
| 80 | 1/12/88 Report RE Cole | PD 2165-2166 | |
| 81 | 1/10/88 Report RE Cole | PD 2155-2157 | |
| 82 | Plaintiff Photos | PD 3123-3124 | |
| 83 | 2011 Cormier Letter of Reprimand | PD 2699 | |
| 84 | 2011 Cormier Misconduct Investigation | PD 2643-2645 | |
| 85 | Plaintiff Photo | Monteiro 24 | |
| 86 | WPRI Story | Monteiro 10-11 | |
| 87 | Providence Journal Story | Monteiro 7-9 | |
| 88 | FB Comment | Monteiro 486 | |
| 89 | FB Comment | Monteiro 485 | |
| 90 | 3/19/2019 RIDOH Supplemental Report | PD 001846-1850 | |
| 91 | 7/17/2019 RIDOH Supplemental Report II | PD 001878-1884 | |
| 92 | 6/22/2010 RIDOH Report | PD 1674-1680 | |
| 93 | Tamara Wong Deposition | | **ID ONLY** |
| 94 | PPD Physical Evidence Inventory | PD 1683-1706 | **ID ONLY** |
| 95 | Patrick O'Neil Deposition | | **ID ONLY** |
| 96 | Stephen Dambruch Deposition | | **ID ONLY** |
| 97 | Meghan Clement Report | | **ID ONLY** |
| 98 | Susan Peters Report | | **ID ONLY** |
| 99 | Cormier Incident Report_(REDACTED) | PD 954-973 | **ID ONLY** |
| 100 | Jillian Dubois Deposition | | **ID ONLY** |
| 101 | Timothy Healy Deposition | | **ID ONLY** |
| 102 | Cole Autopsy | PD 1604-1612 | **ID ONLY** |
| 103 | Joao Monteiro Interrogation Video Interviews | Joao Monteiro #1-88-00837 Joao Monteiro #2-88-00837 Joao Monteiro #3-88-00837 | |
| 104 | Joao Monteiro Background Investigation (REDACTED) | PD 3062-3065 | **ID ONLY** |
| 105 | Joao Monteiro Address_Slater St. | PD 3100 | **ID ONLY** |
| 106 | Possible Addresses | PD 2863 | |
| 107 | Press Conference Video | | |
| 108 | Grace Voll Email | | |
| 109 | Fairfax Report | PD 1665-1682 | **ID ONLY** |

RESPECTFULLY SUBMITTED,

**JOAO MONTEIRO**

/s/ Mark Loevy-Reyes
*One of Plaintiff's Attorneys*

*Attorneys for Plaintiff*
Mark Loevy-Reyes, BBO No. 707974
Meg Gould*
LOEVY & LOEVY
398 Columbus Avenue, #294
Boston, MA 02116
(312) 243-5900
mark@loevy.com
*Admitted *pro hac vice*

Jon Loevy*
Megan Pierce*
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
mark@loevy.com
*Admitted *pro hac vice*

William Devine
D'AMICO BURCHFIELD, LLP
536 Atwells Avenue
Providence, RI 02909
(401) 490-4803
WVD@dblawri.com

**CERTIFICATE OF SERVICE**

I, Mark Loevy-Reyes, an attorney, hereby certify that on November 25, 2024, I served the foregoing **Plaintiff's Amended Trial Exhibit List,** using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Mark Loevy-Reyes
*One of Plaintiff's Attorneys*