# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOAO MONTEIRO, | ) |
| | ) C.A. No. 1:21-cv-00046-MSM-LDA |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SUSAN CORMIER, TREVOR LEFEBVRE, DANIEL MULLEN, TINA GONCALVES, CITY OF PAWTUCKET, and TAMARA WONG, | ) ) ) ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendants. | ) |

**STIPULATION TO DISMISS CLAIMS AGAINST TAMARA WONG**

Under Federal Rule of Civil Procedure 41(A)(2), Plaintiff and Defendant Tamara Wong stipulate to dismiss the claims against Defendant Wong with prejudice. As reason thereof, Plaintiff and Defendant Wong have reached a complete settlement of all claims against Defendant Wong.

WHEREFORE, the undersigned parties respectfully request that this Court dismiss all claims against Defendant Wong.

SO STIPULATED:

/s/ Mark Loevy-Reyes  /s/ Chelsea Baittinger
*Attorney for Plaintiff*  *Attorney for Tamara Wong*


Dated: January 13, 2025

                         RESPECTFULLY SUBMITTED,

                         **JOAO MONTEIRO**

      BY**:**   /s/ Mark Loevy-Reyes
                 *One of Plaintiff's Attorneys*

*Attorneys for Plaintiff*
Jon Loevy*
Mark Loevy-Reyes
Megan Pierce*
Margaret Gould*
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
mark@loevy.com
*Admitted *pro hac vice*

William Devine
D'AMICO BURCHFIELD, LLP
536 Atwells Avenue
Providence, RI 02909
(401) 490-4803
WVD@dblawri.com

**CERTIFICATE OF SERVICE**

I, Mark Loevy-Reyes, an attorney, hereby certify that on January 13, 2025, I filed the foregoing STIPULATION TO DISMISS CLAIMS AGAINST TAMARA WONG using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Mark Loevy-Reyes
*One of Plaintiff's Attorneys*