# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOAO MONTEIRO, | ) |
| | ) C.A. No. 1:21-cv-00046-MSM-LDA |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SUSAN CORMIER, et al., | ) |
| | ) |
| Defendants. | ) |

## DISMISSAL STIPULATION

The parties hereby stipulate that all claims against Defendants Susan Cormier, Trevor Lefebvre, Daniel Mullen, Tina Goncalves, and the City of Pawtucket are dismissed, and this matter is hereby dismissed, with prejudice, each party to bear their own costs.

Dated: April 14, 2025

RESPECTFULLY SUBMITTED,

*Attorneys for Plaintiff*

*/s/ Mark Loevy-Reyes*_____
Megan Gould*
Mark Loevy-Reyes*
 LOEVY & LOEVY
398 Columbus Avenue, #294
Boston, MA 02116
(312) 243-5900
(312) 243-5902 (fax)
mark@loevy.com
*Admitted *pro hac vice*

        /s/ William Devine
William Devine (R.I. Bar No. 3897)
D'AMICO BURCHFIELD, LLP
536 Atwells Avenue
Providence, RI 02909
(401) 490-4803
WVD@dblawri.com

*Attorneys for Defendants*,

*/s/ Ryan Stys*
*/s/ Marc DeSisto*
Ryan Stys, #8094
Marc DeSisto #2757
DESISTO LAW LLC
4 Richmond Square, Suite 500
Providence, RI 02906
(401) 272-4442
ryan@desistolaw.com
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on this 14th day April 2025 and is available for viewing and downloading from the ECF system.

/s/Ryan Stys